# In the United States Court of Federal Claims

## NOTICE

**AMY ASSOCIATES,**

**No. 06-397 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., May 17, 2006**

To Attorney of Record, Assistant Attorney General and Judge Lynn J. Bush, Judge Marian Blank Horn (ADR):

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the Northern District of West Virginia At Martinsburg, No. 3:04-cv-46, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**S/Brian Bishop**
**Clerk of Court**