FILED
MAY 17 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

06-397 C

**AMY ASSOCIATES,**

*Plaintiff,*

vs. **Civil Action No. 3:04CV46 (BROADWATER)**

**UNITED STATES OF AMERICA, acting through the UNITED STATES DEPARTMENT OF AGRICULTURE, FARMERS HOME ADMINISTRATION,**

*Defendant.*

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND TRANSFER ACTION TO THE UNITED STATES COURT OF FEDERAL CLAIMS**

On this day, the above-styled matter came before the Court for consideration of Plaintiff's Motion to Amend the Complaint and Transfer Action to the United States Court of Federal Claims.

The Defendant has previously advised the Court that it has no objections to either the amendment or the motion to transfer, as reflected in the June 23, 2005 Status Conference Order **(Docket Number 18)** in this matter.

Accordingly, the Court now **ORDERS** that

1) Plaintiff's Motion to Amend Complaint and Transfer Action to the United States Court of Federal Claims **(Docket Number 20)** is hereby **GRANTED;**

1) the Clerk shall **FILE** the Amended Complaint **(Exhibit #1 of Docket # 20)** and make it a part of the record of this case;

2) Pursuant to 28 U.S.C. § 1292(d)(4)(B), the Clerk is **DIRECTED**, upon Plaintiff's request after **sixty (60) from the date of this Order**, to send a certified copy of

... is a true and correct copy of the original filed in my office.
ATTEST: Dr. Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia
By: [signature]
Deputy Clerk

the record, including this Order granting the transfer, to **the Clerk of the United States Court of Federal Claims, at 717 Madison Place, NW, Washington DC, 20005.**

It is so **ORDERED.**

The Clerk is directed to transmit true copies of this Order to counsel of record herein.

**DATED** this 17th day of February, 2006.

W. Craig Broadwater

W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE