CLOSED
FILED
MAY 1 7 2006
U.S. COURT OF FEDERAL CLAIMS

**U.S. District Court**
**Northern District of West Virginia [Live] (Martinsburg)**
**CIVIL DOCKET FOR CASE #: 3:04-cv-00046-WCB**
**Internal Use Only**

06-397 C

Amy Associates, v. United States of
Assigned to: District Judge W. Craig Broadwater
Demand: $0
Cause: 28:1346 Tort Claim

Date Filed: 06/02/2004
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Amy Associates, a partnership.**

represented by **Christopher P. Stroech**
Arnold, Cesare & Bailey, PLLC
117 E. German Street
P.O. Box 69
Shepherdstown, WV 25443
304-876-1575
Fax: 304-876-9186
Email: cstroech@acbattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Douglas**
Law Office of Richard L. Douglas, PLLC
PO Box 2350
Martinsburg, WV 25402
304-262-9112
Fax: 304-262-9114
Email: rdouglas3@ec.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America, acting through he United States Department of Agriculture, Farmers Home Administration.**

represented by **Alan G. McGonigal**
U.S. Attorney's Office - Whg
PO Box 591
Wheeling, WV 26003
304/234-0100
Fax: 304-234-0112
Email: alan.mcgonigal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2004 | 1 | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 35881 (Copy to Judge Broadwater). (jko) (Entered: 06/03/2004) |
| 06/02/2004 | | SUMMONS(ES) issued for defendant United States of America, acting through the US Dept. of Agriculture, FHA, Ann M. Veneman, Secretary, US Dept of Agriculture. (jko) (Entered: 06/03/2004) |
| 06/02/2004 | | SUMMONS(ES) issued for defendant United States of America, acting through the US Dept. of Agriculture, FHA, c/o John Ashcroft, Attorney General for the United States. (jko) (Entered: 06/03/2004) |
| 06/02/2004 | | SUMMONS(ES) issued for defendant United States of. (c. to 2410) (sds) (Entered: 06/04/2004) |
| 06/07/2004 | 2 | Disclosure Statement by pla. Amy Associates. (c. to 2410) (sds) (Entered: 06/07/2004) |
| 06/24/2004 | 3 | AFFIDAVIT by Amy Associates for Proof of Service, Re: [0-0] summons executed to T.E. Johnson, John Ashcroft and US. Dept. of Agriculture. (c. to 2410) (sds) (Entered: 06/24/2004) |
| 08/02/2004 | 4 | ANSWER to Complaint by United States of America. (Attorney Alan G. McGonigal). (Copy to Judge Broadwater) (sds) (Entered: 08/02/2004) |
| 10/04/2004 | 5 | FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING: Initial Planning Meeting by 10/26/04 ; Meeting Report and Proposed Disc Plan by 11/10/04 ; Scheduling Conference set for 11:00 12/6/04 ; Initial Discovery Disclosures by 11/25/04. (signed by Judge W. Craig Broadwater) (Copies all counsel with scheduling checklist) (sds) (Entered: 10/04/2004) |
| 12/06/2004 | | Status conference held before Hon. W. Craig Broadwater in Martinsburg. (status conf. set for 3/14/05 at 11:00) (sds) (Entered: 12/06/2004) |
| 12/06/2004 | 6 | ORDERED that letter from United States of be filed and to be made part of the record. signed by Judge W. Craig Broadwater) (c. to 2410, counsel of record) (sds) (Entered: 12/06/2004) |
| 12/07/2004 | 7 | ORDER, 2/7/04 plas. shall file a memorandum of law on the declaratory judgment claim , and on or before 2/28/05 dft. shall file a memorandum of law in response , and setting Status Conference/Oral argument for 11:00 3/14/05 . (signed by Judge W. Craig Broadwater) (c. to 2410, counsel of record) (sds) (Entered: 12/07/2004) |
| 02/07/2005 | 8 | MOTION and Memorandum of Law (with exhibits 1-30) by plaintiff Amy Associates, for Partial Summary Judgment . (copy to Judge Broadwater) (sds) (Entered: 02/08/2005) |
| 02/28/2005 | 9 | RESPONSE by United States of to [8-1] motion for Partial Summary Judgment. (c. to 2410) (sds) (Entered: 03/01/2005) |

| | | |
|---|---|---|
| 03/11/2005 | 10 | REPLY to Response to Motion re 8 Motion for Summary Judgment filed by Amy Associates, a partnership. (Attachments: # 1 Exhibit 2 Amended) (sds, ) (Entered: 03/11/2005) |
| 03/14/2005 | | Minute Entry for proceedings held before Judge W. Craig Broadwater: In Chambers Conference held on 3/14/2005. (Court Reporter Hamrick) (njz) (Entered: 03/14/2005) |
| 03/18/2005 | 11 | ORDER setting Status Conference for 5/9/2005 10:00 AM in Martinsburg District Courtroom, 2nd Floor before District Judge W. Craig Broadwater.Signed by Judge W. Craig Broadwater on 3/17/05. (sds) (Entered: 03/21/2005) |
| 04/13/2005 | 12 | JOINT MOTION for MODIFICATION OF BRIEFING SCHEDULE by Amy Associates, a partnership. (dwa) (Entered: 04/14/2005) |
| 04/22/2005 | 13 | MOTION to Vacate Order 11 and Stay Proceedings by Amy Associates, a partnership. (dwa) (Entered: 04/25/2005) |
| 05/09/2005 | 14 | MOTION for Leave to Appear by Telephone on 5/9/05 by United States of America, acting through he United States Department of Agriculture, Farmers Home Administration. (Proposed Order) (sds) (Entered: 05/09/2005) |
| 05/09/2005 | | Minute Entry for proceedings held before Judge W. Craig Broadwater: Status Conference held on 5/9/2005. Status cnf. set for 6/20/05 at 9:00. (Court Reporter Hamrick) (njz) (Entered: 05/09/2005) |
| 05/10/2005 | 15 | ORDER setting another Status Conference for 6/20/2005 09:00 AM before District Judge W. Craig Broadwater. Signed by Judge W. Craig Broadwater on 5/10/05. (sds) (Entered: 05/10/2005) |
| 05/11/2005 | 16 | ORDER granting 14 Motion for Leave to Appear by telephone on 5/9/05 . Signed by Judge W. Craig Broadwater on 5/10/05. (Non Pro Tunc 5/6/05) (sds) (Entered: 05/11/2005) |
| 06/20/2005 | | Minute Entry for proceedings held before Judge W. Craig Broadwater. Status Conference held on 6/20/2005 by telephone. (Court Reporter Tara Gregory-Tri-State Court Reporting) (sds) (Entered: 06/20/2005) |
| 06/20/2005 | | ORAL MOTION (made at status conference on 6/20/05) to amend by Amy Associates, a partnership. (sds) (Entered: 06/20/2005) |
| 06/20/2005 | 17 | Oral ORDER granting Oral Motion to amend (during status conf. held on 6/20/05). Signed by Judge W. Craig Broadwater on 6/20/05. (sds) (Entered: 06/20/2005) |
| 06/24/2005 | 18 | ORDER of Status Conference set for 6/20/05 . Signed by Judge W. Craig Broadwater on 6/23/05. (sds) (Entered: 06/24/2005) |
| 08/17/2005 | 19 | ORDER finding as moot 8 Motion for Summary Judgment, finding as moot 12 Motion for Extension of Time to File, finding as moot 13 Motion to Stay, finding as moot 13 Motion to Vacate . Signed by Judge W. Craig Broadwater on 8/17/05. (sds) (Entered: 08/17/2005) |

CM/ECF - U.S. District Court:wvnd - Docket Report Page 4 of 4

| | | |
|---|---|---|
| 09/01/2005 | 20 | MOTION Motion to Amend Complaint and Transfer Action to the United States Court of Federal Claims by Amy Associates, a partnership.. (Attachments: # 1 Exhibit Exhibit 1 - First Amended Complaint# 2 Exhibit Complaint Exhibit 1# 3 Exhibit Complaint Exhibit 2# 4 Exhibit Complaint Exhibit 3# 5 Exhibit Complaint Exhibit 4# 6 Exhibit Complaint Exhibit 5# 7 Exhibit Complaint Exhibit 6# 8 Exhibit Complaint Exhibit 7# 9 Exhibit Exhibit 2 - Status Conference Order) (Douglas, Richard) (Entered: 09/01/2005) |
| 10/24/2005 | 21 | NOTICE of Change of Address by Richard L. Douglas (Douglas, Richard) Additional attachment(s) added on 10/24/2005 (sds, ). (Entered: 10/24/2005) |
| 10/24/2005 | 22 | NOTICE of Change of Address by Richard L. Douglas (Douglas, Richard) (Entered: 10/24/2005) |
| 10/24/2005 | 23 | NOTICE OF DOCKET CORRECTION re 21 Notice of Change of Address. ERROR:Wrong Pleading in file. CORRECTION:Correct Pleading filed Dkt. 22. (sds) (Entered: 10/24/2005) |
| 11/15/2005 | 24 | Proposed Order *Granting Plaintiff's Motion to Amend the Complaint and Transfer Action to the United States Court of Federal Claims* by Amy Associates, a partnership.. (Stroech, Christopher) (Entered: 11/15/2005) |
| 02/21/2006 | 25 | ORDER granting 20 Motion to amend complaint and transferring case to Clerk of Federal Claims, 717 Madison Place, NW, Washington, DC 20005. Signed by Judge W. Craig Broadwater on 2/17/06. (njz) (Entered: 02/21/2006) |
| 02/21/2006 | 26 | AMENDED COMPLAINT against United States of America, acting through the United States Department of Agriculture, Farmers Home Administration filed by Amy Associates, a partnership.(njz) (Entered: 02/21/2006) |
| 02/21/2006 | | ***Civil Case Terminated. Transferred to Federal Claims. (njz) (Entered: 02/21/2006) |