ORIGINAL

FILED
JUN 6 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**AMY ASSOCIATES,**

***Plaintiff***

**v.**

**NO. 06-397 C**

**THE UNITED STATES,**

***Defendant.***

**DISCLOSURE STATEMENT (CIVIL ACTION)**

1. Is the party a non-governmental corporate party? YES

2. List any parent corporation for Amy Associates: NO PARENT CORPORATION

3. List any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation: NO SUCH CORPORATION

The undersigned party understands that it will promptly file a supplemental statement upon any change in the information that this statement requires.

Signature of Counsel for Party

Date: 6/2/06