IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMY ASSOCIATES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-397C (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael S. Dufault as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005

Attention: Classification Unit
8th Floor

Dated: September 22, 2006

s/Michael S. Dufault
Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 353-7961
FAX #(202) 353-7988

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of September 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael S. Dufault