# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **AMY ASSOCIATES,** | * | |
| **Plaintiff,** | * | |
| **GANTT W. MILLER et al,** | * | **No. 06-397C, No. 06-616C** |
| **Plaintiff,** | * | **Filed: October 11, 2006** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

The above captioned cases are assigned to the undersigned judge to conduct Alternate Dispute Resolution (ADR) proceedings. The parties have indicated that they are interested in participating in ADR. Therefore, the court schedules a status conference on **Monday October 23, at 10:30 a.m. E.D.T.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 305-7562 and defendant's counsel at (202) 353-7961. The parties should be prepared to discuss the possibility of resolving the above captioned cases via alternative means. The parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **October 16, 2006 at 12:00 p.m.** via fax (202) 357-6586. A sample ADR Confidentiality Agreement is attached to the court's General Order No. 40, which can be found on the court's internet website at: http://www.uscfc.uscourts.gov/adr.htm. The parties may propose any appropriate changes to the sample ADR Confidentiality Agreement, which shall be highlighted in the electronic submission to the court.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**