# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMY ASSOCIATES,**

**Plaintiff,**

**GANTT W. MILLER et al,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-397C, No. 06-616C**
**Filed: October 16, 2006**

## O R D E R

As previously discussed by the parties, the ADR telephone status conference is rescheduled for **Friday October 27, 2006 at 10:30 a.m. E.D.T.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (304) 876-1575 and defendant's counsel at (202) 616-0471. The parties should be prepared to discuss the possibility of resolving the above captioned cases via alternative means. The parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **October 20, 2006 at 12:00 p.m.** via fax (202) 357-6586. A sample ADR Confidentiality Agreement is attached to the court's General Order No. 40, found on the court's internet website at: http://www.uscfc.uscourts.gov/adr.htm. The parties may make reasonable, appropriate changes to the sample ADR Confidentiality Agreement.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**