# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMY ASSOCIATES,**

**Plaintiff,**

**GANTT W. MILLER and KORLISS K. MILLER,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 06-397C, 06-616C**
**ADR Pilot Program**

**Filed: October 27, 2006**

## O R D E R

The court held an ADR Conference in the above-captioned cases on October 27, 2006. The parties are to be commended for a productive conference. As discussed, the court **SCHEDULES** another ADR conference for **Monday and Tuesday, January 8 and 9, 2007**, commencing at **9:00 a.m.**, in the Mastin G. White Conference Room (room number 710), located on the seventh floor of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. Both parties shall appear in person. The attorneys of record shall notify chambers, at (202) 357-6580, on or before **Friday, January 5, 2007, at 12:00 p.m.**, of the names of other participants in the ADR Conference. The parties should be prepared to discuss the possibility of resolving the above-captioned cases via alternative means.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**