**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMY ASSOCIATES,** | ) | |
| ***Plaintiff,*** | ) | |
| **GANTT W. MILLER, et al.,** | ) | **Nos. 06-397C, 06-616C**<br>**ADR Pilot Program** |
| ***Plaintiffs,*** | ) | **Judge Marian Blank Horn** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| ***Defendant.*** | ) | |

**PLAINTIFFS' MOTION TO CONTINUE ADR CONFERENCE**

Plaintiffs, by counsel, hereby request that the ADR conference presently scheduled for January 8 and 9, 2007 be continued to any two dates between January 15 and 19, 2007. Plaintiffs' counsel represents that the current ADR conference dates conflict with a trial scheduled in the federal court for the Northern District of West Virginia, Judge W. Craig Broadwater presiding. Due to an oversight in Plaintiffs' counsel's office, this conflict was not noticed when the current dates were scheduled. Plaintiffs' counsel represents that he has contacted counsel for the United States in this matter, who does not object to continuing the ADR conference to any two dates between January 15 and 19, 2007.

As previously decided, the first scheduled date will be an initial conference between the parties. The second scheduled date will require the availability of the Judge.

**PLAINTIFFS**
**By Counsel**

<u>/s/Christopher P. Stroech</u>
Christopher P. Stroech, Esq.
Arnold, Cesare & Bailey, PLLC
P.O. Box 69, 117 E. German Street
Shepherdstown, WV 25443
304.876.1575
304.876.9186
cstroech@acbattorneys.com