# In the United States Court of Federal Claim

No. 06-397 C

(Filed January 9, 2007)

* * * * * * * * * * * * * * * * * * * * * *
AMY ASSOCIATES, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the court's order in *Miller v. United States*, Fed. Cl. No. 06-616C issued this day, it is hereby **ORDERED** that (1) the subject matter shall be **STAYED** pending further order of the court and (2) the parties shall **FILE** a **Joint Status Report** within fourteen days after the conclusion of ADR informing the court as to how the parties would like to proceed. If the parties propose to proceed with discovery, the parties shall confer and propose discovery and/or dispositive motion dates, if applicable.

/s/Lynn J. Bush
LYNN J. BUSH