**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMY ASSOCIATES,** | ) | |
| | ) | |
| **GANTT W. MILLER, et al.,** | ) | **Nos. 06-397C** |
| | ) | **06-616C** |
| ***Plaintiffs,*** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| ***Defendant.*** | ) | |

**PLAINTIFFS' MOTION UPON BEHALF OF THE PARTIES TO CONTINUE ADR SESSION**

Plaintiffs, upon behalf of both parties, by counsel, hereby request that the ADR session presently scheduled for January 18 and 19, 2007 be continued. Counsel for defendant has read this motion, and consents to its terms.

Plaintiffs represent to the Court that both parties have, thus far, conducted informal settlement discussions. However, due the complexity of the issues in this case, Plaintiffs to date have been unable to provide the Government with its initial proof of damages, in order to facilitate a timely response from Defendant. At this time, Plaintiffs intend to submit the initial information and demand by January 19, 2007. The Defendant intends to respond to said demand by February 19, 2007. Both parties recognize the importance of conducting productive ADR sessions.

Due to this anticipated exchange of information and the availability of counsel, the parties suggest an initial ADR session no earlier than March 19, 2007, but as soon as possible after that date.

Respectfully submitted,

/s/Christopher P. Stroech
Christopher P. Stroech, Esq.
Arnold, Cesare & Bailey, PLLC
P.O. Box 69, 117 E. German Street
Shepherdstown, WV 25443
304.876.1575
304.876.9186
cstroech@acbattorneys.com

Attorney for Plaintiffs