# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMY ASSOCIATES,** *

**Plaintiff,** *

**GANTT W. MILLER and KORLISS K. MILLER,** *

**Plaintiffs,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * *

**Nos. 06-397C, 06-616C**
**ADR Pilot Program**

**Filed: January 12, 2007**

## O R D E R

The court is in receipt of the plaintiffs' January 11, 2007 joint motion to continue the ADR Conference previously scheduled for January 18 and 19, 2007. To discuss the current status of the parties' settlement efforts, and to determine whether re-scheduling the January 18-19, 2007 ADR Conference is appropriate, the court **SCHEDULES** a status conference for **Tuesday, January 16, 2007, at 2:30 p.m. EST**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (304) 876-1575, and defendant's counsel at (202) 616-0471.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**