# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **AMY ASSOCIATES,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **GANTT W. MILLER and KORLISS K. MILLER,** | * | **Nos. 06-397C, 06-616C** <br> **ADR Pilot Program** |
| | * | |
| **Plaintiffs,** | * | **Filed: January 17, 2007** |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * *

## O R D E R

The court held a status conference in the above-captioned cases on January 16, 2007. After discussing the issues and the status of the exchange of information between the parties, the court **RESCHEDULES** the in-person ADR Conference previously scheduled for January 18 and 19, 2007, in order to give the parties the opportunity to continue to exchange documents. Initially, plaintiff will provide defendant with damages calculations, including supporting information and rationale, on or before January 26, 2007. The defendant will respond to plaintiff on or before March 16, 2007. The undersigned remains available to assist at any time. Following consultation between the parties, a telephonic status conference is **SCHEDULED** for **Wednesday, March 28, 2007, at 10:30 a.m. EST**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The purpose of the conference will be to discuss the progress of settlement discussions and proposals between the parties. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (304) 876-1575, defendant's counsel at (202) 616-0471, and plaintiff Gantt Miller at (800) 525-8089, ext. 230. The attorneys of record shall notify chambers, at (202) 357-6580, on or before **Friday, March 23, 2007,** of the names of all other participants to be included in the status conference.

An in-person ADR conference is now scheduled to be held on **April 9 and 10, 2007, at 9:00 a.m. EST** in the Mastin G. White Conference Room (room number 710), located on the seventh floor of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. Both parties shall appear in person. The attorneys of record shall notify chambers, at (202) 357-6580, on or before **Thursday, April 5, 2007, at 12:00 p.m.**, of the names of all other participants in the ADR Conference. Principals for both parties are requested to attend the Conference. The court believes that the principals would materially assist the ADR process. The undersigned looks forward to working with both parties to resolve the cases by

alternative means. A copy of this scheduling order will be provided to Judge Bush.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**