# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **AMY ASSOCIATES,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **GANTT W. MILLER and KORLISS K. MILLER,** | * | **Nos. 06-397C, 06-616C** <br> **ADR Pilot Program** |
| | * | |
| **Plaintiffs,** | * | **Filed: March 28, 2007** |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

The court held a status conference in the above-captioned cases on March 28, 2007. After discussing the issues and the status of the exchange of information between the parties, the court **RESCHEDULES** the in-person ADR Conference previously scheduled for April 9 and 10, 2007, in order to give the parties the opportunity to continue to exchange documents. Initially, defendant will provide plaintiff with data sources regarding damages calculations on or before Thursday, April 5, 2007. The parties then will meet with each other and each other's consultants in order to discuss damages calculations on Thursday, April 26, 2007. Following consultation between the parties, an in-person ADR conference is **SCHEDULED** to be held on **April 27, 2007, at 9:00 a.m. EST** in the Mastin G. White Conference Room (room number 710), located on the seventh floor of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. Both parties shall appear in person. The attorneys of record shall notify chambers, at (202) 357-6580, on or before **Friday, April 20, 2007**, of the names of all other participants in the ADR Conference. Principals for both parties are requested to attend the Conference. The court believes that the principals would materially assist the ADR process. The undersigned looks forward to working with both parties to resolve the cases by alternative means. This order is being provided to the presiding trial judges in the above-captioned ADR case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**