# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMY ASSOCIATES,**

**Plaintiff,**

**GANTT W. MILLER and KORLISS K. MILLER,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 06-397C, 06-616C**
**Filed: May 7, 2007**
**cc: Judge Bush**

**O R D E R**

As discussed with the parties, the court **SCHEDULES** an ADR Conference for **Thursday, July 19, 2007**, commencing at **9:00 a.m.**, in the Mastin G. White Conference Room (room number 710), located on the seventh floor of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The ADR Conference will continue on **Friday, July 20, 2007**, as necessary. Both parties shall appear in person. The attorneys of record shall notify chambers, at (202) 357-6580, on or before **Wednesday, July 11, 2007, at 12:00 p.m.**, of the names of all other participants in the ADR Conference. The principals for each party are to attend the ADR Conference. The court believes that principals would materially assist the ADR process. The undersigned ADR judge looks forward to working with both parties to resolve the two cases by alternative means.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**