# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMY ASSOCIATES,**

**Plaintiff,**

**GANTT W. MILLER and KORLISS K. MILLER,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 06-397C, 06-616C**
**Filed: July 20, 2007**
**cc: Judge Bush**

## O R D E R

The court held an ADR Conference in the above captioned cases on July 20, 2007, with the parties appearing by telephone. The parties are to be commended for their settlement efforts to date. As discussed with the parties, the court **SCHEDULES** the next ADR Conference for **Wednesday, September 12, 2007, 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (304) 876-1575, and defendant's counsel at (202) 616-0471. On or before **Friday, September 7, 2007, 12:00 p.m. EDT**, counsel of record shall notify chambers at (202) 357-6580 of the names of any additional personnel who will be participating in the ADR Conference. The undersigned ADR judge continues to look forward to working with both parties to resolve the two cases. A copy of this order is being provided to Presiding Judge Bush.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**