IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMY ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-397C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kenneth S. Kessler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kenneth S. Kessler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7026
Washington, D.C. 20530
Phone: (202) 307-0313
Fax: (202) 305-7643
E-mail: Kenneth.Kessler@usdoj.gov
Attention: Classification Unit,
8th Floor

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: September 7, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of September, 2007, a copy of the foregoing NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth S. Kessler