# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**AMY ASSOCIATES,**

**Plaintiff,**

**GANTT W. MILLER and KORLISS K. MILLER,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 06-397C, 06-616C**
**Filed: January 14, 2008**

## O R D E R

The court is in receipt of the plaintiffs' January 11, 2008 request for an ADR Conference. As requested, an ADR Conference is **SCHEDULED** for **Tuesday, January 22, 2008, 12:30 p.m. EST**. The parties shall appear by telephone. Unless otherwise notified, plaintiffs' counsel will be contacted at (304) 876-1575 and defendant's counsel will be contacted at (202) 307-0313. If counsel of record wish other participants to be included in the conference, their names and telephone numbers shall be provided to chambers at (202) 357-6580 on or before **Friday, January 18, 2008**. This order is being provided to the Presiding Trial Judge of the above-captioned ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**