**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**AMY ASSOCIATES,**

***Plaintiff,***

**GANTT W. MILLER and KORLISS K. MILLER,**

***Plaintiffs,***

**v.**

**NOS. 06-397C, 06-616C**
**(JUDGE HORN -- ADR)**
**cc: JUDGE BUSH**

**UNITED STATES,**

***Defendant.***

**JOINT STATUS REPORT**

The parties, by counsel, hereby submit the following Joint Status Report:

1. The parties are pleased to report that they have conferred with each other multiple times following the latest status report in a move to progress these negotiations. As a result of these recent interactions, the parties have now agreed upon and executed the proposal for capital needs assessment, and are in the final stages of executing the proposal for a market rent analysis, scheduled to be performed on two (2) of the subject properties, in accordance with the parties' prior agreement.

2. Pursuant to the proposals, both studies should be completed by the end of April, 2008.

3. Upon receipt of the study reports, the parties will meet to discuss said results and determine how to proceed with the negotiations.

4. Plaintiff has conferred with counsel for Defendant concerning the contents of this status report, and has been authorized to represent that Defendant concurs with all of the facts and representations set forth herein.

Respectfully submitted,

/s/Christopher P. Stroech
Christopher P. Stroech
Arnold, Cesare & Bailey, PLLC
P.O. Box 69, 117 E. German Street
Shepherdstown, WV 25443
(304) 876-1575
(304) 876-9186 (Fax)

**Counsel for Plaintiffs**